IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL CASTONGUAY, <br><br> Petitioner, <br><br> vs. <br><br> BRAD HANSEN, Warden of Tecumseh State Correctional Inst.; <br><br> Respondent. | 8:18CV413 <br><br> **MEMORANDUM AND ORDER** |

Petitioner filed a "Motion for Relief From Judgment Pursuant to Rule 60(b)(4)(6)(d)(1)(2)" (filing no. 1), which has been docketed as a petition for writ of habeas corpus, and a Motion for Leave to Proceed in Forma Pauperis (filing no. 2). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (*see* inmate trust account statement at filing no. 3), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (filing no. 2) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 10th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge