IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL CASTONGUAY, <br><br> Petitioner, <br><br> vs. <br><br> BRAD HANSEN, Warden of Tecumseh State Correctional Inst.; <br><br> Respondent. | 8:18CV413 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on Petitioner Paul Castonguay's Request for a Certificate of Appealability. ([Filing No. 16](#).) The court entered an order and judgment dismissing this matter with prejudice on January 3, 2019, and determined that no certificate of appealability would issue. ([Filing No. 7](#); [Filing No. 8](#).) The court finds no reason to reconsider its previous determination. Petitioner may request a certificate of appealability in the Eighth Circuit Court of Appeals. *See* 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22(b)(1). Accordingly,

IT IS ORDERED that Petitioner's Request for a Certificate of Appealability ([filing no. 16](#)) is denied.

Dated this 28th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge